**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ACCESS POINT FINANCIAL, LLC and APF-CPX I, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 1:21-cv-04114-SDG |
| SU-MEI YEN and HUI-HSIEN YEN, | ) | |
| Defendants. | ) | |

## CONSENT ORDER

Plaintiffs Access Point Financial, LLC's and APF-CPX I, LLC's (collectively, "Plaintiffs"), Defendants Su-Mei Yen and Hui-Hsien Yen (collectively, "Defendants", together with Plaintiffs, the "Parties") and others having executed a Settlement Agreement (the "Settlement Agreement")[1] dated October 25, 2022 (the "Agreement Date"), the Parties having consented hereto as evidenced by the signatures of their counsel set forth below, the Court having jurisdiction over the Parties and the subject matter jurisdiction in the instant case and venue in this Court

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Settlement Agreement.

being proper, and for good cause shown, IT HEREBY ORDERED AND ADJUDGED that:

(1) The terms and conditions of the Settlement Agreement are HEREBY APPROVED and are incorporated by reference as if set forth fully herein. The Court orders the Parties to comply with the Settlement Agreement. Terms not defined herein shall have the meaning set forth in the Settlement Agreement.

(2) This action is stayed through the earlier of (x) a New Event of Default (as defined in the Settlement Agreement) and (y) September 30, 2024.

(3) If there is a New Event of Default under the Settlement Agreement, Plaintiffs shall entitled to enforce and exercise any and all remedies set forth in the Loan Documents and/or Settlement Agreement, including, without limitation, presenting any of the exhibits attached thereto for entry by the Court.

(4) This Court hereby retains jurisdiction over this action and over the Parties to this Consent Order to enforce the terms of the Settlement Agreement (including the exhibits attached thereto) and this Order.

IT IS SO ORDERED this 31st day of October, 2022

Steven D. Grimberg
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ACCESS POINT FINANCIAL, LLC and APF-CPX I, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 1:21-cv-04114-SDG |
| SU-MEI YEN and HUI-HSIEN YEN, | ) | |
| Defendants. | ) | |

[SIGNATURES ON CONSENT ORDER]

Consented and agreed to by:

Craig G. Kunkes
Georgia Bar No. 963594
Ryan Teague
Georgia Bar No. 701321
Robbins Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381

Latisha V. Thompson
(admitted pro hac)
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Frank W. DeBorde
Georgia Bar No. 215415
Lisa Wolgast
Georgia Bar No. 773399
Morris, Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326
Telephone: (404) 233-7000